UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **6500 CHERRYWOOD LANE** |
| **ALEXANDER WILLIAMS, JR.** | **GREENBELT, MD 20770** |
| **UNITED STATES DISTRICT JUDGE** | **(301) 344-0637** |
| | **FAX (301) 344-0672** |

November 17, 2011

**REVISED** MEMO TO COUNSEL RE:     AJUA ALEMANJI
v.
ALFRED N. TENGEN
(AW-09-500)

      The Court has postponed the one day jury trial in the above referenced matter from January 24, 2012 to **February 27, 2012** at 9:45 a.m. in the United States District Curt for the District of Maryland, Southern Division.  The pre-trial conference is now scheduled for **February 20, 2012** at 9:15 a.m. in chambers, 445A.  The pre-trial order is due in chambers by February 13, 2012.  Counsel is instructed to submit before or at the pre-trial conference, proposed joint *voir dire*, joint jury instructions, verdict sheet and any motions in limine.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge